THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIV-ERIO GALINDO, Appellant.

Submitted April 29, 2013; decided May 2, 2013

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v HAZEL E. GORDON, Respondent-Appellant.

Submitted April 29, 2013; decided May 2, 2013

Motion for assignment of counsel granted and Aaron A. Louri-das, Esq., 25 Egmont Court, Delmar, New York 12054 assigned as counsel to the respondent-appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN LEE, Appellant, v WILLIAM A. LEE, Respondent.

Submitted March 25, 2013; decided May 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.